

AARON R. EASLEY
(908) 237-1660
aeasley@sessions-law.biz

February 14, 2017

**Via ECF**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, NY 11201

    Re:    Dina Santora v. Capio Partners, LLC
           Civil Action No.: 1:16-cv-02788-LDH-VMS

Dear Judge Hall:

    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C represents defendant Capio Partners, LLC ("Capio") in the above matter. This letters serves to follow up on the status of defendant's Motion for Judgment on the Pleadings [Dkt. 16], which Capio filed on October 20, 2016. Should the Court require additional information, Capio will be glad to provide it.

                                    Respectfully submitted,

                                    /s/ Aaron R. Easley
                                    Aaron R. Easley, Esq.

ARE:cjg
cc: Daniel Kohn, Esq. (via ECF)

3 Cross Creek Drive     Flemington, New Jersey     08822-4938
(908) 237-1660     (908) 237-1663 F     www.sessions-law.com

CALIFORNIA ■ COLORADO ■ FLORIDA ■ GEORGIA ■ ILLINOIS ■ LOUISIANA ■ NEW JERSEY ■ NEW YORK ■ OHIO ■ TEXAS