

AARON R. EASLEY
(908) 237-1660
aeasley@sessions-law.biz

September 18, 2017

**<u>Via ECF</u>**

Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4H North
Brooklyn, NY 11201

    **Re:   Dina Santora v. Capio Partners, LLC**
           **Civil Action No.: 1:16-cv-02788-LDH-VMS**

Dear Judge Hall:

    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C represents defendant Capio Partners, LLC ("Capio") in the above matter. On October 20, 2016, Capio filed a Motion for Judgment on the Pleadings.  [Dkt. 16.]  The motion remains pending. Capio writes to inquire whether Your Honor requires additional information in advance of the ruling.

    Respectfully submitted,

    /s/ Aaron R. Easley
    Aaron R. Easley, Esq.

ARE:cjg
cc: Daniel Kohn, Esq. (via ECF)